# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| SUSAN A. MILLS, | Case No. 2:17-cv-14221-RHC-MKM |
| Plaintiff, | |
| v. | Honorable Judge Robert H. Cleland |
| SYNCHRONY FINANCIAL d/b/a JCPENNY CREDIT SERVICES., | |
| Defendant. | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SUSAN A, MILLS, and the Defendant, SYNCHRONY FINANCIAL d/b/a JCPENNY CREDIT SERVICES, through their respective counsel that the above-captioned action is dismissed, with prejudice, against SYNCHRONY FINANCIAL d/b/a JCPENNY CREDIT SERVICES, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 8, 2018                                   Respectfully Submitted,

**SUSAN A. MILLS**                                    **SYNCHRONY FINANCIAL d/b/a JCPENNY CREDIT SERVICES**

/s/ *Nathan C. Volheim*                               /s/ *Alan J. Taylor*
Nathan C. Volheim                                     Alan J. Taylor (P51660)
*Counsel for Plaintiff*                               *Counsel for Defendant*
Sulaiman Law Group, LTD                               Segal McCambridge Singer & Mahoney

2500 S. Highland Avenue, Suite 200  
Lombard, Illinois 60148  
Phone: (630) 575-8181  
Fax :(630) 575-8188  
nvolheim@sulaimanlaw.com  

39475 Thirteen Mile Road, Suite 203  
Novi, Michigan 48377  
Phone: (248) 994-0060  
ataylor@smsm.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| SUSAN A. MILLS,<br><br>    Plaintiff,<br>v.<br><br>SYNCHRONY FINANCIAL d/b/a<br>JCPENNY CREDIT SERVICES,<br><br>    Defendant. | Case No.  2:17-cv-14221-RHC-MKM<br><br>Honorable Judge Robert H. Cleland |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, SUSAN A. MILLS ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Stipulation of Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 11, 2018, by electronic and/or ordinary mail.

                                 S/Lisa Wagner

                                 Case Manager and Deputy Clerk

                                 (810) 292-6522